UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20468
Summary Calendar
_____

In the Matter of: JORGE A. LENTINO, MD; EDUARDO P. LENTINO, MD,

Debtors,

MARTA A. LENTINO; JORGE A LENTINO, MD; EDUARDO P. LENTINO, MD,

Appellants,

versus

LOWELL CAGE,

Appellee.

_____

In the Matter Of: JORGE A. LENTINO; EDUARDO P. LENTINO, MD also
known as Eduardo Pedro Lentino, also known as E. P. Lentino,

Debtors,

LOWELL CAGE,

Appellee,

versus

'MARTA A. LENTINO; JORGE A. LENTINO, MD; EDUARDO P. LENTINO, MD,

Appellants,

_____

Appeal from the United States District Court
for the Southern District of Texas
Civil Docket No. H-97-CV-498
_____
November 22, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

EDITH H. JONES, Circuit Judge:[*]

The essential issue on appeal here is whether the district court erred by approving a compromise of controversy between the Chapter 7 trustee and creditor Cullen Frost Bank & Trust. Among other things, the compromise devalued the debtors' claims of usury against the bank after the debtors' testimony failed to support that theory at trial. We have reviewed the district court's order, the briefs, and record excerpts and find no error of fact or abuse of discretion in the district court's decision affirming the trustee's eminently sensible decision:

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2